UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| XIAO XIAO ZHOU,<br><br>            Plaintiff,<br>    v.<br><br>CHANGPENG ZHAO CHANGPENG ZHAO and YI HE,<br><br>            Defendants. | CASE NO. 2:24-cv-01006-JHC |

This matter comes before the Court sua sponte. On July 31, 2024, the Court ordered Plaintiff to show cause why this matter should not be dismissed without prejudice for lack of subject matter jurisdiction. Dkt. # 6. Plaintiff's response to the order is not in English, and the Court does not understand it. Dkt. # 8. Accordingly, the Court DISMISSES this matter without prejudice for lack of subject matter jurisdiction.

Dated this 4th day of September, 2024.

*[signature: John H. Chun]*

John H. Chun
United States District Judge

ORDER - 1